IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 23-0371

STATE OF MONTANA,

      Plaintiff and Appellee,

v.

WILLIAM JAMES PILLANS,

      Defendant and Appellant.

**ORDER**

Pursuant to Appellant's motion to consolidate, and good cause appearing,

IT IS ORDERED that Appellant's motion to consolidate is granted. Cause Nos. DA 23-0371, DA 23-0372, and DA 23-0373 are hereby consolidated for the purposes of appeal under Cause No. DA 23-0371 and captioned as above.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
August 28 2024